**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Rolando MORALES, Jr., also known as J, also known as J–Bird, Defendant–Appellant.**

**No. 13–40917 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 28, 2014.

Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX,

Heather Harris Rattan, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Camille M. Knight, Dallas, TX, for Defendant–Appellant.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Rolando Morales, Jr. has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Morales has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Morales's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.2014), *petition for cert. filed*, (U.S. June 4, 2014) (No. 13–10484).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Morales's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Morales's motion to direct counsel to file a supplemental brief or,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

alternatively, to appoint new counsel is DENIED.